# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NEIL M. JOHNSON, ) | 3:10-cv-0731-LRH (RAM) |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | January 4, 2011 |
| ) | |
| COMFORT RESIDENTIAL ) | |
| PARTNERS, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER             REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):   NONE APPEARING

COUNSEL FOR DEFENDANT(S):   NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion for Expedited Publication of Summons and for Process of Service: Defendant Comfort Residential Partner Registered Agent Fredrick Batcher (Doc. #9).  The exhibits to the Motion indicate that Plaintiff attempted service on Defendant Comfort Residential Partners, LLC on the Castronova Law Offices, which law office refused service advising that it did not represent Comfort Residential Partners, LLC.

Exhibit 8 to the Motion indicates that Frederick R. Battcher is the resident agent of Comfort Residential Partners, LLC.  Plaintiff has not attempted service on this resident agent.

Because Plaintiff has not attempted to serve the resident agent, service by publication is not warranted.

/ / /

MINUTES OF THE COURT
3:10-cv-0731-LRH (RAM)
January 4, 2011
Page Two
_____

      Plaintiff shall attempt to serve the resident agent listed in Exhibit 8 to the Motion.

      Plaintiff's Motion for Expedited Publication of Summons and for Process of Service: Defendant Comfort Residential Partner Registered Agent Fredrick Batcher (Doc. #9) is **DENIED**.

      **IT IS SO ORDERED.**

                                    LANCE S. WILSON, CLERK

                                    By:_____/s/_____
                                         Deputy Clerk