# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NEIL M. JOHNSON, ) | 3:10-cv-0731-LRH (RAM) |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | January 11, 2011 |
| ) | |
| COMFORT RESIDENTIAL ) | |
| PARTNERS, LLC, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER         REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion Clarification and for Process of Service: Fredrick Batcher (Doc. #21). Good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Clarification and for Process of Service: Fredrick Batcher (Doc. #21) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall reissue a Summons for Defendant Frederick R. Battcher and deliver the same to the U.S. Marshal for service. The Clerk shall send Plaintiff a copy of the Complaint (Doc. #4) and a service of process form (USM-285) for Defendant Frederick R. Battcher. Plaintiff shall have twenty (20) days from the date of this order to complete the USM-285 service form and return it along with the other documents to the U.S. Marshal for service.

LANCE S. WILSON, CLERK
By:_____/s/_____
      Deputy Clerk