AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____ ***** _____ DISTRICT OF ___NEVADA_____

NEIL M. JOHNSON,

         Plaintiff,               JUDGMENT IN A CIVIL CASE

   V.

                              CASE NUMBER: 3:10-CV-00731-LRH-RAM

COMFORT RESIDENTIAL PARTNERS
LLC, et al.,

         Defendants.

   **__**    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

   **__**    **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

   **_X_**    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that defendant's motion to dismiss (Document No. 17) is GRANTED.

   __February 14, 2011__                  **LANCE S. WILSON**
                                           Clerk

                                __/s/ Katie Lynn Ogden__
                                       Deputy Clerk