# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

NEIL M. JOHNSON,

        Plaintiff,

JUDGMENT IN A CIVIL CASE

Case Number: 3:10-cv-00731-LRH-RAM

V.

COMFORT RESIDENTIAL PARTNERS LLC, et al,

        Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision of the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X_ **Decision by Court.** The action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that defendant's motion to dismiss (Doc #17) is granted. Plaintiff's complaint is dismissed in it entirety for lack of jurisdiction. Judgment is in favor of the defendants and against the plaintiff.

February 14, 2011

**LANCE S. WILSON**
Clerk

/s/ Wayne Julian
Deputy Clerk